UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ROBERT ERNEST WILSON,

    Defendant.

Case No.  CR05-5072RJB

ORDER DENYING MOTION FOR JUDGMENT OF ACQUITTAL

This matter comes before the court on the above-referenced motion (Dkt. 58).  The court is familiar with the records and files herein, the events of the trial, and documents filed in support of and in opposition to this motion.

Upon review of the entire record, including the court's notes, the court is satisfied that the evidence before the jury was sufficient to support the jury verdict.  Accordingly, it is now

**ORDERED** that the Motion for Judgment of Acquittal Pursuant to Rule 29(c) (Dkt. 58) is **DENIED**.

The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 28th day of July, 2005.

Robert J. Bryan
United States District Judge

ORDER DENYING MOTION FOR JUDGMENT OF ACQUITTAL - 1